IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *  MAGISTRATE NO. 25-mj-394 |
| | * |
| ROBERT ROBLES GRIJALVA | * |
| | * |

## AFFIDAVIT IN SUPPORT OF

## A COMPLAINT AGAINST ROBERT ROBLES GRIJALVA

I, Gaven Plump, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a criminal complaint against Robert Robles Grijalva ("Grijalva").

2. I am a Special Agent (SA) with Federal Bureau of Investigation (FBI). I have been employed by the FBI as a Special Agent (SA) since March 2024. Before that time, I was a law enforcement officer for approximately five years. I am currently assigned to the FBI Violent Crimes Squad. As part of my daily duties as an FBI Special Agent, I investigate criminal violations relating to violent gangs, narcotics violations, kidnappings, and other violent crimes.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses. This affidavit is intended to show merely that there is

sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. All dates, times, and locations described in my affidavit are approximations.

4. Based on the facts set forth in this affidavit, there is probable cause to believe that violations of Title 18 U.S.C. § 875(c), Interstate Communications [threats], have been committed by Grijalva.

## PROBABLE CAUSE

5. ▮▮▮▮▮, hereinafter E.A., is a well-known pro-Israel speaker. Over the last few months, she has received several death threats. On or about December 30, 2025, E.A. posted about an event on her Instagram pop-up page. The event was a meet and greet event that is to occur on January 2, 2026, in Miami, Florida.

6. On or about December 30, 2025, in response to E.A.'s Instagram post about the meet and greet event, E.A. received a threatening message at approx. 1:30pm EST which stated: "Ima come up there and blow yo head off bitch." 🤎 💧

7. Due to the threatening nature of the message, and that E.A. has received several death threats over last several months, E.A. reported the message to FBI SA Mike Marotta with the New York Field office. SA Marotta submitted an emergency disclosure request ("EDR") to Meta for the Instagram account that issued threat. The Instagram subscriber information identified email address of yourdelusionalsuccmyballs@gmail.com linked to the account and a user name of mclovinonyagirl.

8.   An EDR was issued to Google for subscriber information associated with yourdelusionalsuccmyballs@gmail.com and Google provided Grijalva as the account subscriber and also provided IP data. The IP address associated with Grijalva and the Google email account resolved to the Southern District of Alabama.

9.   The Google EDR also provided a telephone number associated with the account which was 251-329-1876.

10.   Phone number x1876 is a cellular number registered with provider T-Mobile. An EDR was issued to T-Mobile and the T-Mobile customer data for x1876 shows the number is registered to Grijalva.

11.   Accurint historical data was also searched for phone number x1876 and the Accurint data indicated this telephone number was historically associated with Grijalva.

12.   As part of this investigation, a ping request for the numbers was completed for the x1876 telephone number and it resolved to a location near Robertsdale or Loxley, Alabama in the Southern District of Alabama.

13.   Based upon my training, experience, and knowledge obtained from experts involving computers, cellular devices, and phones, the signals, voice messages, or texts sent via Instagram, would likely have been transmitted in interstate commerce and communication.

Respectfully submitted,

_____
Gaven Plump
Special Agent
Federal Bureau of Investigation

THE ABOVE AGENT HAS ATTESTED
TO THIS AFFIDAVIT PURSUANT TO
FED. R. CRIM. P. 4.1(b)(2)(A) THIS __31st__
DAY OF DECEMBER 2025.

P. Bradley Murray
Digitally signed by P. Bradley Murray
Date: 2025.12.31 14:42:20 -06'00'
_____
P. BRADLEY MURRAY
UNITED STATES MAGISTRATE JUDGE